IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES YUSCHAK INDIVIDUALLY
and SUSAN YUSCHAK, INDIVIDUALLY
and JAMES AND SUSAN YUSCHAK H/W
and CAITLYN YUSCHAK and ERIC YUSCHAK

vs.

LOS ALTOS BEACH RESORT AND SPA
and
WAY TO GO COSTA RICA

C.A. No. 13-4718

## STIPULATION OF DISMISSAL

TO THE CLERK OF COURT:

It is hereby agreed by and between counsel, with the consent of all parties who have appeared in the case, that all claims against Defendant Way To Go Costa Rica, Inc. (improperly identified as "Way To Go Costa Rica") are hereby dismissed with prejudice, pursuant to Fed. R.C.P. 41(a)(1)(ii).

DOLCHIN, SLOTKIN & TOAD, P.C.

BY: _____
Sayde J. Ladov, Esquire
Attorney for Plaintiff

DATED: 9/30/14

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

BY: _____
Michael L. Detweiler, Esquire
Attorney for Defendant,
Way to Go Costa Rica, Inc.
(improperly identified as "Way to Go Costa Rica")

DATED: 9/15/14